UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRON LEVIN,

Plaintiff,

v.

NATIONAL HIGHWAY TRAFFIC
SAFETY ADMINISTRATION

Defendant.

Civil Action No. 20-3236 (JMC)

## DEFENDANT'S STATUS REPORT

Defendant, the National Highway Traffic Safety Administration ("NHTSA"), by and through undersigned counsel, respectfully submits this Status Report pursuant to the Court's Minute Order of April 29, 2026.[1]

1.      This action arises from Plaintiff's Freedom of Information Act ("FOIA") request seeking records related to NHTSA's proposed Phase 2 Guidelines to minimize driver distraction. Compl. ¶ 10.

2.      On February 24, 2026 the Court granted in part and denied in part the Parties' cross motions for summary Judgment.  Mem. Op. (ECF No. 35).

3.      Earlier today, Defendant sent Plaintiff a supplemental production and a draft *Vaughn* Index.

4.      Defendant proposes that the parties meet and confer and explore options to resolve this case without further Court intervention.

---

[1]      Defendant understands that the Court ordered the parties to submit this status report jointly. The undersigned counsel contacted opposing counsel twice today during business hours but did not receive a response.

5.      Pursuant to the Court's April 29, 2026 minute order, the parties will file their next joint status report in ninety days on September 29, 2026.


Dated: July 1, 2026                                        Respectfully submitted,


                                                           JEANINE FERRIS PIRRO
                                                           United States Attorney


                                                           By: */s/ John J. Bardo*
                                                           JOHN J. BARDO, D.C. Bar #1655534
                                                           Assistant United States
                                                           Attorney 601 D. Street, N.W.
                                                           Washington, D.C. 20530
                                                           (202) 252-0828
                                                           John.Bardo@usdoj.gov


                                                           *Attorneys for the United States of America*

2